IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; SANTA FE NATURAL TOBACCO COMPANY, INC.; ITG BRANDS, LLC; LIGGETT GROUP LLC; NEOCOM, INC.; RANGILA ENTERPRISES INC.; RANGILA LLC; SAHIL ISMAIL, INC.; and IS LIKE YOU INC.; <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION; <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> STEPHEN M. HAHN, in his official capacity as Commissioner of the United States Food and Drug Administration; and <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; <br><br> *Defendants*. | CIVIL ACTION NO. __ |

**Plaintiffs' Attachment to Civil Cover Sheet**

**Attorneys for Plaintiffs R.J. Reynolds Tobacco Company, Santa Fe Natural Tobacco Company, Inc.; Neocom, Inc., Rangila Enterprises Inc., Rangila LLC, Sahil Ismail, Inc., and Is Like You Inc.:**

>Autumn Hamit Patterson
>JONES DAY
>2727 North Harwood Street, Suite 500
>Dallas, TX 75201-1515
>Telephone: (214) 220-3939
>Facsimile:  (214) 969-5100
>ahpatterson@jonesday.com
>
>Ryan J. Watson*
>   *Lead Attorney*
>Christian G. Vergonis*
>Alex Potapov*
>JONES DAY
>51 Louisiana Ave., N.W.
>Washington, D.C. 20001
>Telephone: (202) 879-3939
>Facsimile:  (202) 626-1700
>rwatson@jonesday.com
>cvergonis@jonesday.com
>apotapov@jonesday.com
>
>* applications for admission *pro hac vice* forthcoming

**Attorneys for Plaintiff ITG Brands, LLC:**

>Philip J. Perry (D.C. Bar No. 148696)*
>Richard P. Bress (D.C. Bar No. 457504)*
>Monica C. Groat (D.C. Bar No. 1002696)*
>Nicholas L. Schlossman (D.C. Bar No. 1029362)*
>LATHAM & WATKINS LLP
>555 Eleventh Street NW
>Suite 1000
>Washington, DC 20004
>Tel: (202) 637-2200
>Fax: (202) 637-2201
>philip.perry@lw.com
>rick.bress@lw.com
>monica.groat@lw.com
>nicholas.schlossman@lw.com
>
>* applications for admission *pro hac vice* forthcoming

**Attorneys for Plaintiff Liggett Group LLC:**

Meaghan VerGow*
D.C. Bar No. 977165
Scott Harman-Heath*
D.C. Bar No. 1671180
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone.: 202-383-5504
Facsimile: 202-383-5414
mvergow@omm.com
sharman@omm.com

* applications for admission *pro hac vice* forthcoming

**Defendants:**

United States Food and Drug Administration;
United States Department of Health and Human Services;
Stephen M. Hahn, in his official capacity as Commissioner of the United States Food and Drug Administration; and
Alex M. Azar II, in his official capacity as United States Secretary of Health and Human Services.