IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; et al.;<br><br>*Defendants*. | CIVIL ACTION NO. 6:20-cv-00176 |

**PLAINTIFF R.J. REYNOLDS TOBACCO COMPANY'S
CERTIFICATE OF INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and JCB-CV-7.1, the undersigned, counsel of record for Plaintiffs R.J. Reynolds Tobacco Company, Santa Fe Natural Tobacco Company, Inc., Neocom, Inc., Rangila Enterprises Inc., Rangila LLC, Sahil Ismail, Inc., and Is Like You Inc. hereby certifies:

1. Plaintiff R.J. Reynolds Tobacco Company is a direct, wholly owned subsidiary of R.J. Reynolds Tobacco Holdings, Inc.

2. R.J. Reynolds Tobacco Holdings, Inc. is a direct, wholly owned subsidiary of Reynolds American Inc.

3. Reynolds American Inc. is an indirect, wholly owned subsidiary of British American Tobacco, p.l.c., a publicly traded corporation.

Dated:  April 3, 2020				Respectfully submitted,

/s/ Autumn Hamit Patterson
Autumn Hamit Patterson
Texas Bar No. 24092947
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100
ahpatterson@jonesday.com

Ryan J. Watson*
D.C. Bar No. 986906
			Lead Attorney
Christian G. Vergonis*
N.Y. Bar No. 2715993
Alex Potapov*
D.C. Bar No. 998355
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
rwatson@jonesday.com
cvergonis@jonesday.com
apotapov@jonesday.com

*Counsel for Plaintiffs R.J. Reynolds Tobacco Co., Santa Fe Natural Tobacco Co., Neocom, Inc., Rangila Enterprises Inc., Rangila LLC, Sahil Ismail, Inc., and Is Like You Inc.*

* application for admission *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, a true and correct copy of the foregoing was electronically filed with the clerk of court for the U.S. District Court for the Eastern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A true and correct copy of the foregoing was also served on the following defendants by certified mail:

United States Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

United States Department of Health and Human Services
200 Independence Avenue SW
Washington, D.C. 20201

Stephen M. Hahn, in his official capacity
as Commissioner of the United States Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Alex M. Azar II, in his official capacity
as U.S. Secretary of Health and Human Services
200 Independence Avenue SW
Washington, D.C. 20201

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
Texas Bar No. 24092947
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100
ahpatterson@jonesday.com

*Counsel for Plaintiffs R.J. Reynolds Tobacco Co., Santa Fe Natural Tobacco Co., Neocom, Inc., Rangila Enterprises Inc., Rangila LLC, Sahil Ismail, Inc., and Is Like You Inc.*