# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; SANTA FE NATURAL TOBACCO COMPANY, INC.; ITG BRANDS, LLC; LIGGETT GROUP LLC; NEOCOM, INC.; RANGILA ENTERPRISES INC.; RANGILA LLC; SAHIL ISMAIL, INC.; and IS LIKE YOU INC.; <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION; <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> STEPHEN M. HAHN, in his official capacity as Commissioner of the United States Food and Drug Administration; <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; <br><br> *Defendants*. | CIVIL ACTION NO. 6:20-CV-00176 |

## PLAINTIFF ITG BRANDS, LLC'S
## CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and JCB-CV-7.1, the undersigned, counsel of record for Plaintiff ITG Brands, LLC hereby certifies:

1. Plaintiff ITG Brands, LLC is a limited liability company with its sole member being ITG Brands Holdpartner LP. ITG Brands Holdpartner LP's general partner is ITG Brands Holdco LLC and its limited partner is ITG Holdings USA Inc. The sole member of ITG Brands Holdco LLC

is ITG Holdings USA Inc. ITG Holdings USA Inc. is a wholly owned subsidiary of Imperial Tobacco US Holdings BV, which is a Dutch private limited company.

2. Imperial Tobacco US Holdings BV is an indirect subsidiary of Imperial Brands plc, which is a publicly traded United Kingdom public limited company.

                Respectfully submitted,

April 6, 2020               /s/Philip J. Perry

                Philip J. Perry (D.C. Bar No. 148696)*
                Richard P. Bress (D.C. Bar No. 457504)*
                Monica C. Groat(D.C. Bar No. 1002696)*
                Nicholas L. Schlossman (D.C. Bar No. 1029362)*
                LATHAM & WATKINS LLP
                555 Eleventh Street NW
                Suite 1000
                Washington, DC 20004
                Tel: (202) 637-2200
                Fax: (202) 637-2201
                philip.perry@lw.com
                rick.bress@lw.com
                monica.groat@lw.com
                nicholas.schlossman@lw.com

                *Counsel for Plaintiff ITG Brands, LLC*

                * application for admission *pro hac vice* forthcoming