**Attachments Table of Contents**

| Description | Attachment |
|---|---|
| Appendix: Collected Excerpts from FDA Qualitative Studies | 1 |
| Declarations | |
| Declaration of Lamar W. Huckabee ("Huckabee Decl.") | 2 |
| Declaration of Kim Reed ("Reed Decl.") | 3 |
| Declaration of Francis G. Wall ("Wall Decl.") | 4 |
| Declaration of Nooralam Erkin ("Erkin Decl.") | 5 |
| Declaration of Suleman Ismail ("Ismail Decl.") | 6 |
| Excerpted Documents | |
| RTI International, Qualitative Study on Cigarettes and Smoking: Knowledge, Beliefs, and Misperceptions (July 2015) ("First Qualitative Study Report") | 7 |
| Siegel+Gale, FDA Graphic Health Warning Image Concept Testing (June 2016) ("Second Qualitative Study Report") | 8 |
| RTI International, Qualitative Study on Consumer Perceptions of Cigarettes Health Warning Images (Apr. 2018) ("Third Qualitative Study Report") | 9 |
| OMB, Notice of Office of Management and Budget Action, Experimental Study on Warning Statements for Cigarette Graphic Health Warnings, Ref. No. 201708-0910-011 (Jan. 29, 2018) ("OMB Notice") | 10 |

| | |
|---|---|
| RTI International, Experimental Study on Warning Statements for Cigarette Graphic Health Warnings: Study 1 Report (Apr. 2018) ("First Quantitative Study Report") | **11** |
| RTI International, Experimental Study of Cigarette Warnings: Study 2 Report (May 2019) ("Second Quantitative Study Report") | **12** |
| Final Summary Report: External Letter Peer Review of FDA's Quantitative Consumer Research on Cigarette Health Warnings Required by the Family Smoking Prevention and Tobacco Control Act (Nov. 19, 2019) ("Peer Review Report") | **13** |
| FDA, Response to External Peer Review of Quantitative Consumer Research on Cigarette Health Warnings Required by the Family Smoking Prevention and Tobacco Control Act (Feb. 4, 2020) | **14** |
| FDA, Experimental Study on Warning Statements for Cigarette Graphic Health Warnings: Study 2 Report (Feb. 2020) ("Revised Second Quantitative Study Report") | **15** |
| FDA, Preliminary Regulatory Impact Analysis (Aug. 2019) ("Cost-Benefit Analysis") | **16** |
| FDA, Final Regulatory Impact Analysis, Docket No. FDA-2019-N-3065 (Mar. 2020) ("Final Regulatory Analysis") | **17** |
| Comment Letter of RAI Services Co., Docket No. FDA-2019-N-3065 (Oct. 11, 2019) ("Reynolds Comments"), including:<br>• Exhibit C: Statement of Jonathan Klick, Ph.D., J.D. ("Klick Report")<br>• Exhibit D: Report of Prof. Jan-Benedict Steenkamp ("Steenkamp Report")<br>• Exhibit E: Samantha Iyengar, Ph.D., *NERA Survey: Consumer Perceptions of Cigarette Warning Labels* ("Iyengar Report").<br>• Exhibit F: Report of Dr. John E. Martin, Ph.D. ("Martin Report")<br>• Exhibit G: Declaration of Lawrence R. Brooks, MD ("Brooks Decl.") | **18** |

| | |
|---|---|
| • Exhibit H: Declaration of Jonathan M. Davidorf, MD ("Davidorf Decl.")<br>• Exhibit I: Declaration of Mark O. Farber, MD ("Farber Decl.")<br>• Exhibit J: Declaration of Kim R. Jones, MD, Ph.D. ("Jones Decl.")<br>• Exhibit K: Declaration of Robert Wagmeister, MD ("Wagmeister Decl.")<br>• Exhibit L: Declaration of Rachael B. Claxton ("Claxton Decl.")<br>• Exhibit P: Letter from Caitlyn Ozier to FDA with FOIA request (June 14, 2017) | |
| Comment Letter of RAI Services Co., Docket No. FDA-2019-N-3065 (Nov. 25, 2019) ("Reynolds Supplemental Comments") | **19** |
| Comment Letter of ITG Brands, Docket No. FDA-2019-N-3065 (Oct. 15, 2019) ("ITG Comments") | **20** |
| Comment Letter of Altria Client Services, Docket No. FDA-2019-N-3065 (Oct. 15, 2019) ("Altria Comments") | **21** |
| Comment Letter of Altria Client Services, Docket No. FDA-2019-N-3065 (Nov. 27, 2019) ("Altria Supplemental Comments") | **22** |