# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>   *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>   *Defendants*. | Civil Action No. 6:20-cv-00176 |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; it is further

**ORDERED** that Plaintiff Neocom is **DISMISSED** for lack of Article III standing; and it is further

**ORDERED** that this case is **DISMISSED** for lack of venue.

**SO ORDERED**.