# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

R.J. REYNOLDS TOBACCO COMPANY, *et al.*,

    *Plaintiffs*,

    v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,

    *Defendants*.

Civil Action No. 6:20-cv-00176

### [PROPOSED] ORDER

Upon consideration of Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment and a preliminary injunction, and the entire record herein, it is hereby

**ORDERED** that Defendants' cross-motion for summary judgment is **GRANTED**; it is further

**ORDERED** that Plaintiffs' motion for summary judgment is **DENIED**; it is further

**ORDERED** that Plaintiffs' motion for a preliminary injunction is **DENIED**; and it is further

**ORDERED** that judgment is hereby entered in favor of Defendants on all claims. This is a final and appealable order.

**SO ORDERED**.