**IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

**DATE:**   12/11/2020

**DISTRICT JUDGE:** J. Campbell Barker

| **COURT REPORTER:**   Susan Zielie | **COURTROOM DEPUTY:**   Nicole Cadenhead |
|---|---|
| Case No. 6:20-cv-176 | Start Time: 9:01 am |
| R. J. Reynolds Tobacco Company, et al. v. United States Food and Drug Administration, et al. | End Time: 12:13 pm |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| Ryan Watson | Michael Baer |
| Philip Perry | |
| Nancy Kaschel | |

On this day, came the parties by their attorneys and the following proceedings were held:

| TIME: | MINUTES:  Motion hearing: [34] Motion for Summary Judgment and Motion for Preliminary Injunction; [37] Motion for Summary Judgment |
|---|---|
| 9:01 am | The court called the case. |
| 9:02 am | Ryan Watson announced. Philip Perry announced. Nancy Kaschel announced. Michael Baer announced. |
| 9:05 am | The court began addressing the need for a decision on the preliminary injunction motion in light of a possible decision on the motions for summary judgment. |
| 9:07 am | The parties responded. |
| 9:13 am | Mr. Watson began argument on behalf of plaintiffs. |
| 10:15 am | Recess |

CASE NO. 6:20-cv-176        DATE: 12/11/2020

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:  Motion hearing: [34] Motion for Summary Judgment and Motion for Preliminary Injunction; [37] Motion for Summary Judgment |
|---|---|
| 10:22 am | The court resumed the hearing. |
| 10:24 am | Mr. Baer began argument on behalf of the defendants. |
| 12:04 pm | Mr. Watson responded to the defendants' argument. |
| 12:11 pm | Mr. Baer replied to plaintiffs' responsive argument. |
| 12:13 pm | The court thanked the parties for arguments. The motions are under submission. Adjourned. |