UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:20-cv-00176
———

**R.J. Reynolds Tobacco Company et al.,**
*Plaintiffs,*

v.

**United States Food and Drug Administration et al.,**
*Defendants.*
———

### ORDER

For the reasons stated in the court's order (Doc. 33) postponing the effective date of the challenged rule[1] and the further equitable reasons given in plaintiffs' motion for an extension of that relief, plaintiffs' motion (Doc. 86) is **granted**. The court **orders** that the effective date of the rule is postponed for an additional 90 days, until April 14, 2022. Any obligation to comply with the Tobacco Control Act's warning requirements, 5 U.S.C. § 1333(a)(1) and (b)(1), and the additional requirements in 21 U.S.C. §§ 387c(a)(2) and 387t(a), is also postponed for an additional 90 days, as is any other obligation to comply with a deadline tied to the effective date of the rule.

*So ordered by the court on March 2, 2021.*

J. CAMPBELL BARKER
United States District Judge

---

[1] Tobacco Products; Required Warnings for Cigarette Packages and Advertisements, 85 Fed. Reg. 15,638 (Mar. 18, 2020).