THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

R.J. REYNOLDS TOBACCO COMPANY, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, *et al.*,

    *Defendants*,

CIVIL ACTION NO. 6:20-cv-00176

**[PROPOSED] ORDER**

Pending before the Court is Plaintiffs' Third Motion to Extend Postponement of Rule's Effective Date. That Motion is hereby GRANTED. Pursuant to 5 U.S.C. § 705, the effective date of the challenged rule, *Tobacco Products; Required Warnings for Cigarette Packages and Advertisements*, 85 Fed. Reg. 15,638 (Mar. 18, 2020) (to be codified at 21 C.F.R. pt. 1141), is postponed for an additional 90 days, until July 13, 2022.[1]

It is SO ORDERED.

---

[1] Any obligation to comply with the Tobacco Control Act's warnings requirements, 15 U.S.C. § 1333(a)(1) and (b)(1), and the additional requirements in 21 U.S.C. § 387c(a)(2) and § 387t(a), is also postponed for an additional 90 days.