UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
─────────
No. 6:20-cv-00176
─────────

**R.J. Reynolds Tobacco Company et al.,**
*Plaintiffs,*
v.
**United States Food and Drug Administration et al.,**
*Defendants.*
─────────

### ORDER

For the reasons stated in the court's order (Doc. 33) postponing the effective date of the challenged rule[1] and the further equitable reasons given in plaintiffs' motion for an extension of that relief, plaintiffs' motion (Doc. 90) is granted. The court orders that the effective date of the rule is postponed for an additional 90 days, until July 13, 2022. Any obligation to comply with the Tobacco Control Act's warning requirements, 5 U.S.C. § 1333(a)(1) and (b)(1), and the additional requirements in 21 U.S.C. §§ 387c(a)(2) and 387t(a), is also postponed for an additional 90 days, as is any other obligation to comply with a deadline tied to the effective date of the rule.

*So ordered by the court on May 21, 2021.*

J. CAMPBELL BARKER
United States District Judge

---

[1] Tobacco Products; Required Warnings for Cigarette Packages and Advertisements, 85 Fed. Reg. 15,638 (Mar. 18, 2020).