UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00176

**R.J. Reynolds Tobacco Co. et al.,**
*Plaintiffs,*

v.

**U.S. Food & Drug Administration et al.,**
*Defendants.*

# FINAL JUDGMENT

Upon consideration of the record and the parties' arguments, it is declared that enforcement against plaintiffs of the rule issued by the U.S. Food & Drug Administration on March 18, 2020, entitled *Tobacco Products; Required Warnings for Cigarette Packages and Advertisements*, 85 Fed. Reg. 15,638, would be unlawful as contrary to constitutional right under the First Amendment. That rule is hereby vacated.

All other relief prayed for is denied without prejudice, with the exception of attorneys' fees and costs, which may be moved for after this final judgment. *See* Fed. R. Civ. P. 54(d).

The clerk of court is directed to enter this document on the docket as a final judgment. *See* Fed. R. Civ. P. 58.

*So ordered by the court on December 7, 2022.*

J. CAMPBELL BARKER
United States District Judge