UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00176

———

**R.J. Reynolds Tobacco Co. et al.,**
*Plaintiffs,*

v.

**U.S. Food & Drug Administration et al.,**
*Defendants.*

———

**O R D E R**

On December 17, 2024, the parties filed a joint motion to set a briefing schedule on plaintiffs' postponement motion (Doc. 122) and the parties' forthcoming summary judgment motions. That motion (Doc. 124) is granted. The following schedule will govern the briefing of the motions:

| Deadline: | Brief: | Page Limit: |
|---|---|---|
| December 23, 2024 | Defendants' combined motion for summary judgment and opposition to plaintiffs' postponement motion | 45 |
| January 3, 2025 | Plaintiffs' reply in support of their postponement motion | 15 |
| January 27, 2025 | Plaintiffs' combined cross-motion for summary judgment and opposition to defendants' motion for summary judgment | 45 |
| March 12, 2025 | Defendants' combined reply in support of their motion for summary judgment and opposition to plaintiffs' cross-motion for summary judgment | 40 |
| April 18, 2025 | Plaintiffs' reply in support of their cross-motion for summary judgment | 25 |

*So ordered by the court on December 18, 2024.*

J. CAMPBELL BARKER
United States District Judge