UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00176

**R.J. Reynolds Tobacco Company et al.**,
*Plaintiffs,*

v.

**United States Food & Drug Administration et al.**,
*Defendants.*

# ORDER

In light of defendants' reservation of their right to appeal the grant of preliminary relief, Doc. 122 at 40, and so that any further briefing could incorporate the benefit of any appellate ruling, the court stayed all unreached deadlines in this case during the pendency of any appeal. Doc. 134. Defendants appealed, Doc. 137, and that appeal is ongoing. *See R.J. Reynolds Tobacco Co. v. FDA*, No. 25-40137 (5th Cir. Mar. 19, 2025). This case is therefore administratively closed pending resolution of that interlocutory appeal and, if sought, any petition for a writ of certiorari. The case will be reopened after the appeal is concluded.

*So ordered by the court on September 4, 2025.*

J. CAMPBELL BARKER
United States District Judge